IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LETEASHA YOUNG, | ) |
| Plaintiff, | ) |
| | ) Case No. _____ |
| v. | ) |
| | ) Judge _____ |
| VISION HOSPITALITY GROUP, | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant hereby removes this action to this Court pursuant to 28 U.S.C. § 1441(b) and, in support thereof, states as follows:

1. A civil action was filed on February 7, 2014, and is now pending in the Chancery Court in and for Hamilton County, Tennessee, Case No. 14-0088, wherein Leteasha Young is the Plaintiff and Vision Hospitality Group is the Defendant. (*See* Pl.'s Compl. and Summons, attached hereto as Ex. 1).

2. This is an employment lawsuit in which the Plaintiff alleges claims under federal law – namely, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq., and the Equal Pay Act of 1964, 29 U.S.C. § 206 (*See* Pl.'s Compl. ¶ 1).

3. Because Plaintiff asserts a federal cause of action, this litigation is a civil action of which this Court has federal question jurisdiction under 28 U.S.C. § 1331.

4. The removal of this matter is timely. 28 U.S.C. § 1446(b). The Defendant was served with this action on March 13, 2014. Defendant is removing this matter within 30 days of service.

5. All pleadings filed with the Chancery Court have been attached as an exhibit to this Notice of Removal.

WHEREFORE, Defendant removes this action from state court to this Court.

        Respectfully submitted,

/s/ Jonathan O. Harris
Jonathan O. Harris, TN #021508
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant Vision Hospitality Group

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of April, 2014, the foregoing was filed electronically with the Clerk of the Court to be served via U.S. first class mail upon the following:

Randall D. Larramore
Paty, Rymer & Ulin, P.C.
19 Patten Parkway
Chattanooga, TN 37402

/s/ Jonathan O. Harris

17437676.1