IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LETEASHA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-00120 |
| v. ) | |
| ) | Judge Collier |
| VISION HOSPITALITY GROUP, ) | Magistrate Judge Carter |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties apprise the Court that this matter has been resolved. The parties are in agreement that this case can be dismissed, with prejudice.

This 14th day of November, 2014.

/s/ Randall D. Larramore
Randall D. Larramore, TN #18760
PATY, RYMER & ULIN, P.C.
19 Patten Parkway
Chattanooga, TN 37402
Telephone: (423) 756-6770

Attorney for Plaintiff

/s/ Jonathan O. Harris
Jonathan O. Harris, TN #021508
Jessica T. Patrick, TN # 028039
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

Attorneys for Defendant Vision
Hospitality Group

19491404.1